FILED
JUN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2171-W |
|---|---|---|
| Plaintiff, | ) | INFORMATION |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| ALONZO SUAREZ-ARCE, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about June 5, 2008, within the Southern District of California, defendant ALONZO SUAREZ-ARCE, did knowingly and intentionally import approximately 50 grams or more, to wit: approximately 6.40 kilograms (14.11 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 30, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
6/17/08